In the Matter of Leo WEINBERG, Bankrupt.
Leo WEINBERG, Petitioner-Appellant, v. William T. DAVIS, Appellee.

No. 367.

Circuit Court of Appeals, Second Circuit.

June 2, 1930.

Helfat & Corkland, of New York City (J. Nathan Helfat and Isaac Corkland, both of New York City, of counsel), for objecting creditor.

Samuel L. Miller, of New York City (Jesse Menzer, of New York City, of counsel), for appellant.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order [42 F.(2d) 218] affirmed.